United States District Court
Southern District of Texas
**ENTERED**
April 13, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

| | | |
|---|---|---|
| DAVID ABISAI REYES-MEDRANO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 7:25-CV-00451 |
| | § | |
| JUAN MANUEL GARZA, | § | |
| CITY OF PHARR, JOSE ANDRADE, and | § | |
| LAURA RENTERIA, | § | |
| | § | |
| Defendants. | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the March 6, 2026, Memorandum and Recommendation ("M&R") prepared by Magistrate Judge Juan F. Alanis. (Dkt. No. 6). Judge Alanis made findings and conclusions and recommended that Plaintiff's Complaint, (Dkt. No. 2), be dismissed, (Dkt. No. 6).

The Parties were provided proper notice and the opportunity to object to the M&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). No party filed an objection. As a result, review is straightforward: plain error. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005). No plain error appears.

Accordingly, the Court accepts the M&R and adopts it as the opinion of the Court. It is therefore ordered that:

(1)    Judge Alanis's M&R, (Dkt. No. 6), is **ACCEPTED** and **ADOPTED** in its entirety as the holding of the Court; and

(2)    Plaintiff's Complaint, (Dkt. No. 2), is **DISMISSED with prejudice** as frivolous under 28 U.S.C. § 1915.

It is SO ORDERED.

Signed on April 11, 2026.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**